**William S. DAHL, Defendant Below, Appellant,**

v.

**STATE of Delaware, Plaintiff Below, Appellee.**

**No. 403, 2016**

Supreme Court of Delaware.

Submitted: January 13, 2017

Decided: March 15, 2017

Reargument Denied March 29, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 9905002754

AFFIRMED.

■

**Joseph F. POLI, Jr. and Rhonda Daniel, Defendants Below, Appellants,**

v.

**810 SOUTH BROOM STREET OPER-ATIONS, LLC d/b/a Hillside Center, Plaintiff Below, Appellee.**

**No. 406, 2016**

Supreme Court of Delaware.

Submitted: December 2, 2016

Decided: March 15, 2017

Court Below—Superior Court of the State of Delaware, C.A. No. N15C–01–118

REVERSED. VACATED. REMAND-ED.

■

**Darryl L. WARNICK, Defendant Below, Appellant,**

v.

**STATE of Delaware, Plaintiff Below, Appellee.**

**No. 17, 2017**

Supreme Court of Delaware.

Submitted: January 31, 2017

Decided: March 20, 2017

Rehearing En Banc Denied March 31, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1203011242

AFFIRMED.